IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 21-16 |
| KRISTOPHER LEE HOLMES | |

FILED

JAN 27 2021

CLERK U.S. DISTRICT COURT
WEST DIST. OF PENNSYLVANIA

MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Nicole Vasquez Schmitt, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant KRISTOPHER LEE HOLMES, upon the grounds that an Indictment has been returned in the above-captioned criminal case charging the defendant with Title 18, United States Code, Section 1201(a)(1).

Recommended bond: Detention.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

By: */s/ Nicole Vasquez Schmitt*
NICOLE VASQUEZ SCHMITT
Assistant U.S. Attorney
PA ID No. 320316